# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC L. WRIGHT,<br><br>Petitioner,<br><br>v.<br><br>TAMMY CAMPBELL,<br><br>Respondent. | No. CV 24-01658-WLH (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing this action with prejudice because the Petition does not present a viable federal question.

Date: 11/18/2024

_____
HON. WESLEY L. HSU
United States District Judge