JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC L. WRIGHT,<br><br>Petitioner,<br><br>v.<br><br>TAMMY CAMPBELL,<br><br>Respondent. | No. CV 24-01658-WLH (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and this action is dismissed with prejudice.

Date: 11/18/2024

_____
HON. WESLEY L. HSU
United States District Judge